ELVIRA SINCLAIR, Plaintiff, *v.* LYDIA D. PURDY, Individually and as Administratrix of the Estate of ELIZA F. PURDY, Deceased, Defendant, JENNIE A. MAPES, Appellant, and EDWIN C. COREY et al., as Executors of ELVIRA PURDY, Deceased, Respondents, Impleaded with Others.

*Appeal — motion to dismiss denied.*

Reported below, 202 App. Div. 797.

(Submitted November 20, 1922; decided November 28, 1922.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1921, affirming a judgment of Special Term dismissing the counterclaim of the appellant herein upon the merits in an action of partition.

The motion was made upon the ground that the judgment appealed from did not finally determine the action and that permission to appeal had not been obtained.

*George H. Corey* for motion.
*George B. Ackerly* opposed.
Motion denied, with ten dollars costs.